```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

ALBERT ROBINSON,

    Plaintiff,

    v.

SECTION 23 PROPERTY OWNER'S
ASSOCIATION, INC., et al.,

    Defendants.

1:18-cv-09658-NLH-JS

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   31st   day of   January  , 2019

ORDERED that Defendants David Keith Oaks, P.A. and Section 23's motions to vacate the clerk's entry of default entered against them [39, 75] be, and the same hereby are, GRANTED; and it is further

ORDERED that the MOTION to Quash/Compel/Enforce Subpoenas by Todd B. Miller [59] be, and the same hereby is, GRANTED; and it is further

ORDERED that Defendants' Motions to Dismiss [18, 26, 27, 50, 63, 70, 84] be, and the same are, GRANTED; and it is further

ORDERED that Plaintiff's claims against all Defendants are DISMISSED; and it is further

ORDERED that Plaintiff's motions [28, 74, 90, 92, 96] be, and the same hereby are, DENIED; and it is further

ORDERED that the MOTION for Sanctions by Section 23, Property Owner's Association, Inc. [84] be, and the same hereby is DENIED; and it is further

ORDERED that Defendants John Leo Burns and Lisa Marie Spader Porter's Motion to Stay [45] be, and the same hereby is, DENIED AS MOOT; and it is further

ORDERED that in the interests of repose, finality of judgments, protection of defendants from unwarranted harassment, and concern for maintaining order in the Court's dockets, Plaintiff is enjoined in this District from litigating his claims concerning the money laundering and fraud scheme alleged and as set forth in the Complaint in this matter against any defendant he believes is liable for that scheme without first obtaining permission from this Court; and it is further

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.

At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.